# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ANDERSON ALEXANDER,**                                                    **PETITIONER**
**Reg. # 08919-043**

**v.**                           **CASE NO. 2:09cv00175 BSM/BD**


**T.C. OUTLAW, Warden**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                **RESPONDENT**

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth

Deere.  After carefully reviewing the recommendation and the objections, and reviewing the

record *de novo,* it is concluded that the recommended disposition should be, and hereby is,

approved and adopted in all respects in its entirety.

Anderson Alexander's petition for writ of habeas corpus [Doc. No. 1] is summarily

DISMISSED without prejudice this 20th day of January, 2010.


_____
UNITED STATES DISTRICT JUDGE