UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANDERSON ALEXANDER,**                                     **PETITIONER**
Reg. # 08919-043

**v.**                **CASE NO. 2:09cv00175 BSM/BD**

**T.C. OUTLAW, Warden**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                 **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE